# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# HATTIESBURG DIVISION

**DONNIVER JOHNSON, # 82135**                                                                **PLAINTIFF**

**V.**                                                      **CIVIL ACTION NO. 2:09cv168-KS-MTP**

**RONALD KING, et al.**                                                           **DEFENDANTS**

## ORDER

THIS MATTER is before the court on the Plaintiff's Motion for Access to the Law Library [20]. In the motion, Plaintiff claims that he has been denied access to the law library at Central Mississippi Correctional Facility (CMCF) since December 10, 2009. He claims that he has submitted weekly requests for legal assistance but has not received any legal materials or "mailing opportunities." Plaintiff seeks an order of the court directing law library officials at CMCF to stop denying him access to legal services.

In response to the motion, Defendants have provided a Mail Transaction History log showing that from December 9, 2009 through January 14, 2010, Plaintiff mailed three sets of legal documents to the clerk of this court. *See* Exh. A-2 to Response [21] to Motion. Moreover, a review of the docket shows that since the date Plaintiff claims he has been denied access to legal services, he has filed in this court three separate pleadings, including the instant motion, which was filed as recently as January 19, 2010. *See* [20] [23] [24]. These filings clearly belie Plaintiff's allegation that he has been denied access to legal services at CMCF.

Moreover, the pleadings or motions which Plaintiff seeks to file are unnecessary at this time. Plaintiff states that he desires to file interrogatories but such a request is premature. *See* Order [19]. Plaintiff further states that he desires to file a motion to amend, but there are two such motions already pending before the court. *See* [18] [24]. The court has set an omnibus

hearing in this matter and will address these issues at the hearing.

Accordingly,

IT IS ORDERED that Plaintiff's Motion for Access to the Law Library [20] is denied.

SO ORDERED this the 2nd day of February, 2010.

                                                  s/ Michael T. Parker
                                                  United States Magistrate Judge