**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION**

**DONNIVER TERRELL JOHNSON**                                      **PLAINTIFF**

**V.**                                            **CIVIL ACTION NO. 2:09cv168-MTP**

**RON KING, et al.**                                             **DEFENDANTS**

## ORDER DIRECTING ISSUANCE AND SERVICE OF PROCESS

THIS MATTER is before the court for the issuance of process, having granted in part by separate Order [37] Plaintiff's Motion [18] to Amend Complaint to allow Plaintiff to add Dr. Ronald Woodall and Dr. McCleave as defendants in this action.

IT IS, THEREFORE, ORDERED:

1. That the United States District Clerk is hereby directed to issue summonses to the following defendants:

> **DR. RONALD WOODALL**
> **South Mississippi Correctional Institution**
> **22689 Highway 63 North**
> **Leakesville, Mississippi 39451**
>
> **Dr. MCCLEAVE**
> **South Mississippi Correctional Institution**
> **22689 Highway 63 North**
> **Leakesville, Mississippi 39451**

The Clerk is directed to attach a copy of this Order, the Complaint [1], Attachment [7] to Complaint, Motion [18] to Amend Complaint, and a copy of the Omnibus Order and Order on Motions [37] to the summonses that will be served on the above-named Defendants. The United States Marshal shall serve the same pursuant to 28 U.S.C. § 1915(d).

2. That the Defendants shall file their answer or other responsive pleadings in this cause in accordance with the Federal Rules of Civil Procedure and the Local Rules of this court.

3. Plaintiff should understand that this order allowing process to issue against the above-named defendants does not reflect any opinion of this court that the claims contained in the complaint will or will not be determined to be meritorious.

4. That it is Plaintiff's responsibility to prosecute this case. Failure to advise this court of a change of address or failure to comply with any order of this court will be deemed as a purposeful delay and contumacious act by Plaintiff and may result in the dismissal of this case.

SO ORDERED this the 24th day of February, 2010.

s/ Michael T. Parker
United States Magistrate Judge